# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Trustees of the Operating Engineers
Pension Trust, et al
                Plaintiffs,
v.

Diversified Concrete Cutting, Inc.,
Kenneth M. Mercurio

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02686-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiffs against defendant Kenneth M. Mercurio in the amount of $23,903.09 and against defendant Diversified Concrete Cutting, Inc. in the amount of $46,334.17.

The judgments shall bear statutory post-judgment interest.

April 27, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk