UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DIVERSIFIED CONCRETE CUTTING, INC., a Domestic Corporation; SPECIALTY CONTRACTING CO. d/b/a DIVERSIFIED DEMOLITION CO.; and KENNETH M. MERCURIO, an individual,<br><br>Defendants. | CASE NO: 2:17-cv-02686-APG-GWF<br><br>**ORDER VACATING HEARING AND DENYING MOTION FOR BENCH WARRANT**<br><br>[ECF No. 37] |

Based on the plaintiffs' status report (ECF No. 46), the Order to Show Cause hearing scheduled for January 22, 2019 is **VACATED**, and the plaintiffs' motion for issuance of a bench warrant **(ECF No. 37) is DENIED** as moot.

Dated this 28th day of December, 2018.

By: _____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

1